A03A1975. GONZALEZ v. DEPARTMENT OF TRANSPORTATION.
(621 SE2d 621)

MIKELL, Judge.

In *Gonzalez v. Dept. of Transp.*, 265 Ga. App. 610 (594 SE2d 783) (2004), we held that a nonresident alien lacked standing to maintain a wrongful death action against the state Department of Transportation under the Georgia Tort Claims Act. The Supreme Court granted certiorari and, in *Gonzalez v. Dept. of Transp.*, 279 Ga. 230 (610 SE2d 527) (2005), reversed our decision. Therefore, we vacate our earlier opinion and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Johnson, P. J., and Bernes, J., concur.*

DECIDED OCTOBER 4, 2005.

*Grist & Brock, Joel M. Grist, Jr.*, for appellant.
*Thurbert E. Baker, Attorney General, Bryan F. Dorsey, Assistant Attorney General*, for appellee.